# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Criminal Case No. 15-cr-00467-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DE'SHAUGHN JAHMALL MAYS,

    Defendant.

_____

## ORDER SETTING CHANGE OF PLEA HEARING
_____

    Pursuant to the Notice of Disposition filed on April 5, 2016 (Docket No. 19).  A Change of Plea Hearing is set for **May 5, 2016, at 4:00 a.m.**  Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: ([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department not later than 48 hours before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

    The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.  The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **April 15, 2016**, and the **four-day** jury trial scheduled for **April 25, 2016,** are VACATED.

DATED this 12th day of April, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge